1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorney
   Asset Forfeiture/General Crimes Sections
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
9       Facsimile: (213) 894-0142/0141
        E-mail: Victor.Rodgers@usdoj.gov
10                Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
                   UNITED STATES DISTRICT COURT
13
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                        WESTERN DIVISION
15
   UNITED STATES OF AMERICA,          Case No. 2:21-cv-07463-RGK(MARx)
16
             Plaintiff,
17                                     NOTICE OF VOLUNTARY DISMISSAL
             v.
18
   $570,000.00 IN U.S. CURRENCY,
19
             Defendant.
20

21

22

23

24

25

26

27

28

1     NOTICE is hereby given that, pursuant to Fed. R. Civ. P.

2   41(a)(1)(A), plaintiff United States of America voluntarily dismisses

3   the above-captioned action.

4   Dated: January  18, 2022          TRACY L. WILKISON
                                     United States Attorney
5                                    SCOTT M. GARRANGER
                                     Assistant United states Attorney
6                                    Chief, Criminal Division

7
                                         _____/s/_____
8                                    VICTOR A. RODGERS
                                     MAXWELL COLL
9                                    Assistant United States Attorneys
                                     Asset Forfeiture/General Crimes
10                                   Sections

11                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28